R. Brent FORMAN and Dr. Phillip L.
Shultz, Executors,

v.

Mrs. Elizabeth Braman MAY et al.

No. 48975.

Dec. 11, 1967.

The application is denied. The judgment
complained of is correct.

204 So.2d 576

R. Brent FORMAN and Dr. Phillip L.
Shultz, Executors,

v.

Mrs. Mary Braman CHASE et al.

No. 48976.

Dec. 11, 1967.

The application is denied. The judgment
complained of is correct.

204 So.2d 576

Arthur M. ADOLPH, Sr., et al.

v.

SEWERAGE AND WATER BOARD PEN-
SION COMMITTEE.

No. 48958.

Dec. 11, 1967.

The application is denied. The judgment
complained of is correct.